# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR. | **CV 16-00019-GF-BMM** |
| Plaintiff, | |
| vs. | |
| RICHARD KANE, et al. | **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |
| Defendants. | |

Plaintiff Victor Fourstar, Jr. filed a Motion to Proceed in Forma Pauperis (Doc. 1), a proposed Complaint (Doc. 2), and several other motions including a motion for recusal of judges (Doc. 5). Fourstar is a federal inmate housed in the United States Penitentiary in Marianna, Florida. United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 17, 2016. (Doc. 6 at 5.) Judge Johnston has recommended that the Court deny Fourstar's Motion to Proceed in Forma Pauperis. *Id*. Judge Johnston reserved

ruling on Fourstar's "Motion for Recusal of Judges" as it did not pertain to Judge

Johnston. (Doc. 6 at 1.)

Fourstar filed no objections to Judge Johnston's Findings and

Recommendations. When a party makes no objections, the Court need not review

de novo the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S.

140, 149-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

The Court possesses discretion to grant a defendant permission to proceed in

forma pauperis. *See* 28. U.S.C. §1915(a). A prisoner who "has, on 3 or more prior

occasions, while incarcerated or detained in any facility, brought an action or

appeal in a court of the United States that was dismissed on the grounds that it is

frivolous, malicious, or fails to state a claim upon which relief may be granted"

may not bring a civil action or appeal a judgment in a civil action, "unless the

prisoner is under imminent danger of serious or physical injury."

Fourstar has exceeded the three "strikes" allowed by the Prison Litigation

Reform Act. He has filed at least three civil actions that have been dismissed as

frivolous or for failure to state a claim. Fourstar has not satisfied the imminent

danger exception to section 1915(a). *Andrews v. Cervantes*, 493. F.3d 1047, 1055-

56 (9th Cir. 2007). The Court finds no error in Judge Johnston's Findings and Recommendations, and adopts them in full.

Accordingly, **IT IS ORDERED** that Fourstar's request to proceed in forma pauperis (Doc. 1) under 28 U.S.C. § 1915(a) is **DENIED**.

DATED this 6th day of June, 2016.

Brian Morris
United States District Court Judge